## RODRIGUEZ v. STATE.

### No. 21175.

Court of Criminal Appeals of Texas.

May 29, 1940.

Jake Jay Reich, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted in the County Court at Law No. 2 of Bexar County on a charge of aggravated assault and given a penalty of one year in the county jail upon the verdict of a jury.

We have examined the record in the case and the proceedings appear to be in all respects regular. We find no statement of facts and no bills of exception presenting any matter for the consideration of this court.

The judgment of the trial court is affirmed.